UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID YORKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00895-AMO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On March 15, 2024, the case was reassigned to the undersigned judge. ECF 11. On March 28, 2024, the notice sent to Plaintiff of the case's reassignment was returned as undeliverable. ECF 15. It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion. Pursuant to Northern District of California Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss a pro se action without prejudice when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* L.R. 3-11(b).

Mail directed to Plaintiff was returned as undeliverable on March 28, 2024. ECF 15, 16. If the Court does not receive a written communication from Plaintiff within 60 days indicating a

///

///

///

current address, the Court will dismiss the complaint without prejudice.  *See* L.R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April 1, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**