UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID YORKE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>　　　　　　Defendants. | Case No. 24-cv-00895-AMO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On April 1, 2024, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. ECF 17. The Court explained that it is Plaintiff David Yorke's responsibility to prosecute the case and keep the Court informed of any changes of address pursuant to Northern District of California Local Rule 3-11. The Court noted that mail directed to Yorke was returned undeliverable on March 28, 2024. ECF 15, 16. The Court advised Yorke that it may dismiss a pro se action without prejudice when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* L.R. 3-11(b). The Court notified Yorke that if it did not receive a written response from him within 60 days indicating a current address, the Court would dismiss the complaint without prejudice pursuant to Local Rule 3-11(b). To date, more than 60 days have passed, and

///

///

///

///

the Court has not received any response from Yorke.[1]  Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Civil Local Rule 3-11(b).

**IT IS SO ORDERED.**

Dated: June 7, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[1] The Court also notes that Yorke did not respond to the motion to dismiss filed by the Social Security Administration on February 21, 2024, ECF 6, and mail sent from the Court to Yorke continues to be returned as undeliverable.  *See* ECF 18, 19, 20.

2